USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/9/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
ANASTASIOS PAGOULATOS, CHRISTINE GUIRGUIS,

                              Plaintiffs,

-against-

MERRICK B. GARLAND, Attorney General of the United States; ALEJANDRO MAYORKAS, Secretary, Department of Homeland Security; CONNIE NOLAN, Director of U.S. Citizenship and Immigration Service Vermont Service Center, Essex Junction, VT; UR M. JADDOU, Director, U.S. Citizenship and Immigration Services,

                              Defendants.
------------------------------------------------------------- X

24-CV-3355 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 7, 2024, the Court ordered Plaintiffs to show cause why venue is proper in the Southern District of New York; and

WHEREAS on May 8, 2024, Plaintiffs filed a response to the Order to Show Cause and an Amended Complaint, which alleges that "a substantial part of the events or omissions giving rise to the claim occurred in New York, New York, in the Southern District of New York, as the USCIS Field Office responsible for Plaintiffs' case is located at 26 Federal Plaza, New York, NY," *see* Amended Compl., Dkt. 9 ¶ 15;

IT IS HEREBY ORDERED that Plaintiffs have satisfied the Court's May 7, 2024, Order to Show Cause. The Court will schedule an Initial Pretrial Conference by separate order.

**SO ORDERED.**

Date: May 9, 2024
New York, New York

                                                      **VALERIE CAPRONI**
                                                      **United States District Judge**